IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KENNETH BERNARD WEBB**,

      *Plaintiff*,

v.

**KILOLO KIJAKAZI, Acting Commissioner of Social Security,**

      *Defendant*.

CAUSE NO. 3:22-CV-348-CWR-FKB

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on July 27, 2023. Docket No. 18. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. Id.

This Court, finding that there have been no objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. For the reasons articulated in the Report and Recommendation, the Commissioner's decision is **REVERSED** and **REMANDED** for further proceedings. A separate Final Judgment will issue.

**SO ORDERED**, this the 16th day of August, 2023.

            s/ Carlton W. Reeves
            UNITED STATES DISTRICT JUDGE